entered upon a verdict and an order denying a motion for a new trial.

*John G. Milburn* and *S. E. Filkins* for appellants.

*Adelbert Moot* and *William L. Marcy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MICHAEL AGLE, Respondent, *v.* POSTAL TELEGRAPH-CABLE COMPANY, Appellant.

*Agle* v. *Postal Telegraph-Cable Co.*, 84 App. Div. 632, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Adelbert Moot* and *William W. Cook* for appellant.

*Arthur E. Clark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

FRANK X. GERSTNER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Gerstner* v. *N. Y. C. & H. R. R. R. Co.*, 81 App. Div. 562, affirmed.
(Argued May 9, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 11, 1903, which reversed a judgment in favor of plain-